UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11–MC-202

| JOHNSON CONTROLS, | ) |
| --- | --- |
| Petitioner | ) |
| vs. | ) ORDER |
| PILGRIM'S PRIDE CORPORATION, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court upon Petitioner's Motion for Approval of Petitioner's Testing Plan (Doc. No. 27). The Court DEFERS ruling on the instant motion and the parties are HEREBY ORDERED to:

(1) file a joint proposed order signed by both parties outlining all the procedures on which the parties agree. If the Court agrees, this order will be implemented.

(2) file a separate joint motion outlining the issues on which the parties continue to disagree. There are to be no arguments made in the motion and it is to be a single motion filed jointly.

The parties shall file these motions on or before March 6, 2012.

IT IS SO ORDERED.

Signed: February 28, 2012

Frank D. Whitney
United States District Judge